**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

JUN 1 5 2016

LAWRENCE K. BAERMAN, CLERK
ALBANY

_____
                                    )
        **Plaintiff(s),**           )
Philippe Atson-Tsevi                )
           vs.                      )
Keith Ellwanger, Cody Young, Kit burrito )
Jeff Mazzacco                       )
                                    )
        **Defendant(s)**            )
_____

Civil Case No.: 1:16-cv-691

**CIVIL**
**RIGHTS**       TJM/DJS
**COMPLAINT**
**PURSUANT TO**
**42 U.S.C. § 1983**

┌─────────────────────────────────────────────────────────────┐
│ Plaintiff(s) demand(s) a trial by:  ● JURY   ○ COURT   (Select **only** one). │
└─────────────────────────────────────────────────────────────┘

Plaintiff(s) in the above-captioned action, allege(s) as follows:

## JURISDICTION

1. This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution of the United States. This action is brought pursuant to 42 U.S.C. § 1983. The Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1343(3) and (4) and 2201.

## PARTIES

2. Plaintiff: Philippe K. Atson-Tsevi

   Address: 450 Fulton Street
   Suite 4
   Troy, NY 12180

   Additional Plaintiffs may be added on a separate sheet of paper.

3. a.  Defendant: Kit Burrito

   Official Position: Supervisor

   Address: Market bistro (Price Chopper)
   873 New London Road
   Latham, NY 12110

b.  Defendant: __Mr. Jeff Mazzacco__

Official Position: __Supervisor__

Address: __Market bistro (Price Chopper)__

__873 New Loudon Road__

__Latham, New York 12110__

c.  Defendant: __Mr. Keith Ellwanger__

Official Position: __Restaurant Manager I__

Address: __Market bistro (Price Chopper)__

__873 New Loudon Road__

__Latham, NY 12110__

Additional Defendants may be added on a separate sheet of paper.

4.                                                        **FACTS**

Set forth the facts of your case which substantiate your claim of violation of your civil and/or Constitutional rights. List the events in the order they happened, naming defendants involved, dates and places.

**Note: You must include allegations of wrongful conduct as to EACH and EVERY defendant in your complaint.** (You may use additional sheets as necessary).

See attached document - Exhibit "A"

Which details the facts

3.   a.   Defendant: ~~Keith Ellwanger~~

Official Position: ~~Restaurant manager I~~   P A

Address: ~~Market bistro (Price Chopper)~~

~~873 New Loudon Road~~

~~Latham, NY 12110~~

b.   Defendant: Cody Young

Official Position: Human Resources

Address: Market bistro (Price Chopper)

873 New Loudon Road

Latham, NY 12110

Additional Defendants may be added on a separate sheet of paper.

4.   This action is brought pursuant to the Age Discrimination in Employment Act of 1967, 29 U.S.C. §§ 621-634(b), as amended, for employment discrimination based on age.

5.   Venue is invoked pursuant to 28 U.S.C. § 1391.

6.   The conduct complained of in this action involves:

   (A)   _____   Failure to employ

   (B)   __X__   Termination of employment

   (C)   _____   Failure to promote

   (D)   __X__   Unequal terms and conditions of employment

   (E)   __X__   Reduction in wages

   (F)   _____   Retaliation

   (G)   __X__   Other acts as specified below:
                  Treat differently than others

b. Defendant: _____

Official Position: _____

Address: _____

_____

_____

4. This action is brought pursuant to:

☒ Title VII of the Civil Rights Act of 1964, as amended, codified at 42 U.S.C. § 2000e *et seq.*, and the Civil Rights Act of 1991, for employment discrimination based on race, color, religion, sex or national origin.

☐ Pregnancy Discrimination Act of 1978, codified at 42 U.S.C. § 2000e(k), as amended, Civil Rights Act of 1964, and the Civil Rights Act of 1991, for employment discrimination based on pregnancy.

5. Venue is invoked pursuant to 28 U.S.C. s 1391.

6. Defendant's conduct is discriminatory with respect to the following (check all that apply):

(A) ☒ My race or color.
(B) ☐ My religion.
(C) ☐ My sex (or sexual harassment).
(D) ☒ My national origin.
(E) ☐ My pregnancy.
(F) ☒ Other: _Harassment_ .

7. The conduct complained of in this action involves:

(A) ☐ Failure to employ.
(B) ☒ Termination of employment.
(C) ☐ Failure to promote.
(D) ☒ Unequal terms and conditions of employment.
(E) ☒ Reduction in wages.
(F) ☐ Retaliation.
(G) ☒ Other acts as specified below:
_Treat differently than others_

_____

5.                    **CAUSES OF ACTION**

**Note: You must clearly state each cause of action you assert in this lawsuit.**


### FIRST CAUSE OF ACTION

Wrongful discharge - See Exhibit "A"


### SECOND CAUSE OF ACTION

Unequal terms of employment - See Exhibit "A"


### THIRD CAUSE OF ACTION

Reduction in wages - See Exhibit "A"

5.                    **CAUSES OF ACTION**

**Note: You must clearly state each cause of action you assert in this lawsuit.**

### FIRST CAUSE OF ACTION

– October 20, 2014 Manager Keith Ellwanger invited me to ask my availability for work. I answered that I can work any time, but would like to have Sunday off if it where possible, but I was surprised to see that my 35 hours had been reduced to only 21 hours per week.

### SECOND CAUSE OF ACTION

– March 2014 Human Resources Cody Young throw way in front of me all my certificates two weeks I was hired. Two months later, my executive Chef Ryan brought my Food Manager License to Human Resources office was refused by Ms. Cody Young to take it.

### THIRD CAUSE OF ACTION

– March 4, 2015 I was thirsty and grabbed an empty plastic cup from the fountain drink area to fill with water Mr. Kit Burrito followed me and accused me of stealing a drink from the machine. I was confused by his constant following and accusations and spoke with chef Ryan.

## FACTS

7.      Set forth the facts of your case which substantiate your claim of discrimination.  List the events in the order they happened, naming defendants involved, dates and places.

> **Note:**  Each fact should be stated in a separate paragraph; paragraphs should be numbered sequentially.
>
> You must include allegations of wrongful conduct as to EACH and EVERY defendant in your complaint.
>
> The facts surrounding my claim of discrimination are:

1°) Human Resources Ms. Cody Young throws way all my certificates front of me. Two months later, my Executive Chef Ryan brought my Food Manager License to Ms. Cody, she refused to take it.  -  April 2014

2°) October 20, 2014 Restaurant manager Keith Ellwager reduced my 35 hours to 21 hours.

3°) March 4, 2015 Mr. Kit Burrito followed me and accused me of stealing a drink from the machine.

8.      (a)      My date of birth is: __January 1, 1964__ .

(b)      My age at the time of the alleged discriminatory act was: __51__ .

9.      I filed charges with the New York State Division on Human Rights or the New York City Commission on Human Rights regarding the alleged discriminatory acts on or about:

__July 10__ , 20__15__
(Date)

10.     I filed a Notice of Intent with the Equal Employment Opportunity Commission on or about:

__January 19__ , 20__16__
(Date)

11. The Equal Employment Opportunity Commission issued a Notice-of-Right-to-Sue letter **(copy attached)** which was received by me on or about:

<u>__March 22__</u> , 20 **16**
(Date)

12. The plaintiff is an employee within the meaning of 29 U.S.C. § 630(f).

13. The plaintiff is within the age limits as prescribed by 29 U.S.C. § 631(a).

14. The defendant(s) is (are) an employer, employment agency, or labor organization within the meaning of 29 U.S.C. § 630(b) (c) and (d).

15. The defendant(s) is (are) engaged in commerce within the meaning of 29 U.S.C. § 630(h).

16. In accordance with 29 U.S.C. § 626(d) and § 633(b), more than sixty (60) days have elapsed since filing a charge alleging unlawful discrimination with the New York State Division of Human Rights, the New York City Commission on Human Rights or the Equal Employment Opportunity Commission.

17. If plaintiff is a **federal** employee and has not filed a complaint with the Equal Employment Opportunity Commission, in accordance with 29 U.S.C. § 633a(d) a thirty (30) day Notice of Intent to File this action must been given to the Equal Employment Opportunity Commission before an action may be brought in this Court.

18. **PRAYER FOR RELIEF**

**WHEREFORE**, plaintiff(s) request(s) that this Court grant the following relief:

_Reinstatement to employment w/ back pay and benefits; a money judgment for compensatory damages, damages, coast costs and attorney's fees._

I declare under penalty of perjury that the foregoing is true and correct.

DATED: **06 - 13 - 2016**

Philippe K. Atsom-Tsevi

_____
Signature of Plaintiff(s)
(all Plaintiffs must sign)

EEOC Form 161 (11/09)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### DISMISSAL AND NOTICE OF RIGHTS

To:  **Philippe K. Atson-Tsevi**
**450 Fulton Street, Ste 4**
**Troy, NY 12180**

From:  **New York District Office**
**33 Whitehall Street**
**5th Floor**
**New York, NY 10004**

| | On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a)) |
|---|---|

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 16G-2015-03433 | Holly M. Woodyard, State & Local Program Manager | (212) 336-3643 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[ ] The EEOC issues the following determination:  Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes.  This does not certify that the respondent is in compliance with the statutes.  No finding is made as to any other issues that might be construed as having been raised by this charge.

[X] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

### - NOTICE OF SUIT RIGHTS -

*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court.  Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment.  This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

**Kevin J. Berry,**
**District Director**

March 17, 2016

*(Date Mailed)*

Enclosures(s)

cc:

**Attn: Director of Human Resources**
**THE GOLUB CORP. D/B/A PRICE CHOPPER**
**501 Duanesburg Road**
**Schenectady, NY 12306**

**Julia A. Steciuk, Esq.**
**Parisi, Coan & Saccocio, PLLC**
**376 Broadway, 2nd Fl.**
**Schenectady, NY 12305**

# FACTS ABOUT FILING
## AN EMPLOYMENT DISCRIMINATION SUIT
## IN FEDERAL COURT IN NEW YORK STATE

You have received a document which is the final determination or other final action of the Commission. This ends our handling of your charge. The Commission's action is effective upon receipt. Now, you must decide whether you want to file a private lawsuit in court. This fact sheet answers several commonly asked questions about filing a lawsuit.

## WHERE SHOULD I FILE MY LAWSUIT?

Federal District Courts have strict rules concerning where you may file a suit. You may file a lawsuit against the respondent (employer, union, or employment agency) named in your charge. The appropriate court is the district court which covers either the county where the respondent is located or the county where the alleged act of discrimination occurred. However you should contact the court directly if you have questions where to file your lawsuit. New York State has four federal districts:

- The United States District Court for the Southern District of New York is located at 500 Pearl Street in Manhattan. It covers the counties of Bronx, Dutchess, New York (Manhattan), Orange, Putnam, Rockland, Sullivan, and Westchester. (212) 805-0136 http://www.nysd.uscourts.gov

- The United States District Court for the Eastern District of New York is located at 225 Cadman Plaza in Brooklyn and covers the counties of Kings (Brooklyn), Nassau, Queens, Richmond (Staten Island), and Suffolk. (718) 613-2600 http://www.nyed.uscourts.gov

- The United States District Court for the Western District of New York is located at 68 Court Street in Buffalo. It covers the counties of Allegheny, Cattaraugus, Chautauqua, Chemung, Erie, Genesee, Livingston, Monroe, Niagara, Ontario, Orleans, Schuyler, Seneca, Steuben, Wayne, Wyoming, and Yates. (716) 551-4211 http://www.nywd.uscourts.gov

- The United States District Court for the Northern District of New York is located at 100 South Clinton Street in Syracuse and covers the counties of Albany, Broome, Cayuga, Chanango, Clinton, Columbia, Cortland, Delaware, Essex, Franklin, Fulton, Greene, Hamilton, Herkimer, Jefferson, Lewis, Madison, Montgomery, Oneida, Onandaga, Oswego, Ostego, Rensselaer, St. Lawrence, Saratoga, Schenectady, Schoharie, Tioga, Tompkins, Ulster, Warren, and Washington. This District Court's *Pro Se* Attorney has offices at 10 Broad Street in Utica New York. (315) 234-8500 http://www.nynd.uscourts.gov

## WHEN MUST I FILE MY LAWSUIT?

Your private lawsuit must be filed in U.S. District Court within **90 days** of the date you receive the enclosed EEOC Notice of Right To Sue. Otherwise, you will have lost your right to sue.

(Over)

## DO I NEED A LAWYER?

No, you do not need a lawyer to file a private suit. You may file a complaint in federal court without a lawyer which is called a *Pro Se* complaint. Every district court has either a clerk or a staff attorney who can assist you in filing *Pro Se*. To find out how to file a *Pro Se* complaint, contact the clerk of the court having jurisdiction over your case who can advise you of the appropriate person to assist you and of the procedures to follow, which may very from district to district.

You may, however, wish to retain a lawyer if you chose. Whether you retain a private attorney, or file *Pro Se*, you must file your suit in the appropriate court within 90 days of receiving this mailing.

## WHAT IF I WANT A LAWYER BUT CAN'T AFFORD ONE?

If you can't afford a lawyer, the U.S. District Court which has jurisdiction may assist you in obtaining a lawyer. You must file papers with the court requesting the appointment of counsel. You should consult with the office of the district court that assists *Pro Se* complainants for specific instructions on how to seek counsel. The appointment of counsel in any *Pro Se* complaint is always at the discretion of the court.

Generally, the U.S. District Court charges a $350.00 filing fee to commence a lawsuit. However, the court may waive the filing fee if you cannot afford to pay it. You should ask the office of the District Court that assists *Pro Se* complainants for information concerning the necessary procedure to request that the filing fee be waived.

## HOW CAN I FIND A LAWYER?

These                  referral services operated by bar or other attorney organizations which
h                  you in finding a lawyer to assist you in ascertaining and asserting your
legal rights:

American Bar Association
(800) 285-2221
www.abanet.org

New York State Bar Association
(800) 342-3661
www.nysba.org

New

016-7.

National Employment Lawyers Association
Referral Service
(212) 819-9450
http://www.nelany.com/EN

Other local Bar Associations in your area may also be of assistance.

## HOW LONG WILL THE EEOC RETAIN MY CASE FILE?

Generally, the Commission's rules call for your charge file to be destroyed after 2 years from the date of a determination, but time frames may vary. If you file a suit, and wish to request a copy of your investigative file, you or your attorney should make the request in writing as soon as possible. If you file suit, you or your attorney should also notify this office when the lawsuit is resolved.

Philippe K. Atson-Tsevi
450 Fulton Street, Ste 4
Troy, New York 12180

United District Court
445 Broadway, Room 509
Albany, NY 12207-2924

June 13, 2016

Re :    The Golub Corporation D/B/A Price Chopper v. Philippe Atson-Tsevi
        Case No. **10176250**

Dear Sir/Madam,

I'm writing this to explain the consistent issues I have encountered during my employment. Below, I outline incidents that portray the poor training and communication of the managers, along with their consistent disrespect and discrimination. They have made it clear that they dislike me and have gone out of their way to harass me and have me fired.

- **October 20, 2014**: Manager Keith invited me into his office to ask about my availability for work. I answered that I can work any time, but would like to have Sunday off if it were possible. While meeting with him I asked if I could be scheduled for 40 hours per week. He said no, stating that we consider 35 hours full time. When I went home I checked Direct Connect and was surprised to see that my hours had been reduced to only 21 hours per week. Early the next  morning, I came to work and met with my executive chef Ryan, explained my situation and asked that he assist me in resolving the issue. After meeting together with Ryan and Keith, my hours were restored to 35 hours as before.

- **January 2015**: I had been working in the cutting area one or two times each week for the past eleven months. In accordance with the health code, I was always sure to wear gloves while  slicing meats or cheeses. Without warning supervisor Kit yelled at me in front of everyone that I must wear cutting gloves or go home. Only after this, store manager Carlos and Ryan told me that it was store policy to wear cutting gloves in addition to regular gloves while using the   cutting machine. After learning of the policy, I have been sure to follow it each time I use the cutting machine. Since that time, Mr. Kit and other supervisors were constantly following me trying to catch me doing something wrong.

- **March 4, 2015**: I was thirsty and grabbed an empty plastic cup from the fountain drink area to fill with water and bring back to my work area. Mr. Kit followed me and accused me of stealing a drink from the machine. I was confused by his constant following and accusations and spoke with Chef Ryan. Additionally, I asked to speak with the store manager to resolve the situation. He refused to see me at the moment and told me he would come to my work area soon; however, he never came to speak with me.

- **March 20, 2015**: My production chef Mary asked me to prepare two pans of rice. She sent me to chef Ryan's area where there was enough space to prepare the pans. After starting to prepare the second pan of rice, Mary came back with another order. I had a bit of cooking oil on my gloves

and I cleaned them off before taking the paper from Chef Mary. After Mary had left, Mr. Jeff (who is the supervisor for the Pizza area) asked to see me after I had finished preparing the rice. I went to see Jeff when I was finished and he said he was watching me prepare the rice and that I should have changed gloves before preparing the second pan. I answered that I didn't see any hazards or cause to change gloves which made him angry and he gave me an insubordination paper to sign and told me to go home. I asked him to clarify what I had done wrong; whether there was some physical, biological or chemical hazard that required me to change gloves. He refused to discuss the matter and insisted that I sign the paper and opened the door to leave the room. Outside the room were four managers, I asked one manager Keith to help me understand what I had done wrong. Mr. Keith and all the other managers refused and said that if Jeff told me to go home, I had to go home. The store manager, Carlos, arrived a few minutes later and said the same thing. Each refused to even explain what I had done wrong and help me understand. They told me to come back the next day at 10 am.

- **March 21, 2015**: I met with the store manager at his office where he asked me if I even wanted to work here anymore. I replied that I did, after which he said that Keith didn't want to me to work here anymore. He said I could come back and talk to him on Monday.

- **March 23, 2015**: I arrived and met with Mr. Carlos, Mr. Keith and Ms. Cody. I asked if Jeff could join the meeting as he was the one that sent me home in the first place and they refused. Further, I requested the presence of some witnesses (deli manager Patty and Ryan) which was also refused. I have worked very hard to become an American citizen and start a new life here; I have been a certified professional food manager for 11 years and a licensed HACCP food safety specialist for six years and have never been treated so poorly.

- **April 2, 2015**: I came to the Schenectady office to try to resolve this issue. Nobody was able to meet with me at the moment, but a receptionist took a note and promised that Sara from H.R. would call me. I never received a call.

- **May 6, 2015**: I again visited the Schenectady office and met with Samantha. She asked if I were to return to work, would I give Jeff any problems? I responded no and told her she could check with any of my coworkers who would vouch for me. She said Cody would call me shortly, however, he did not.

- **May 12, 2015**: Samantha called and asked if Cody had contacted me yet. I responded that I had not received any calls.

- **May 13, 2015**: Cody called and asked me to come in and talk on May 19.

- **May 19, 2015**: I arrived to meet with Ms. Cody and brought a friend of mine as a witness. Ms. Cody refused to allow my friend to join the meeting. Ms. Cody said that my employment had been terminated because I didn't come in to work. I responded that I didn't come in to work because I was sent home, told not to come back and no longer scheduled. I was given another form that I could fill out and return to Ms. Sarah in H.R.

- **May 22, 2015**: I called the Vice President (David Golub) and left him a message. He called me back and directed me to talk with Sara in H.R. I explained that I had come to the office a couple times to meet Sarah, but she never received me. He assured me that she would call me. I have still yet receive a call from her.

I have made every effort to resolve this problem friendly with Golub Corporation but no compromise; First, I have complained to the Office at The Attorney General, State of Labor Department of Law on June 25, 2015. Two weeks later, the State of Labor Department at Law decided to me to go to Human Rights after 15 minutes interview with me.

June 10, 2015, I complained to Human Rights; after I have sent the proof documents,Human Rights decided to proceed the case.

December 15, 2015, we were invited for the first hearing; this first hearing was adjourned at the request to the respondent.

December 23, 2015; the respondent refused to bring all concerning, four (4) other people: (Store manager Carlos, my direct executive chef Ryan, supervisor Kit and Ms. Nancy Huggins. The hearing started 10 am, I was surprised to see only unique person I brought there like my witness was refused by Human Rights Specialist I, Ms. Jean MacAffer, but she authorized other side (Respondent) to come - in, with eighth (8) people, only three (3) people I recognized: restaurant manager I Mr. Keith Ellwanger, human resources Cody Young and Mr. Jeff Mazzacco, the other five (5) people, I don't know them, but they was authorized to assist the beginning for the hearing to the end.

The French translator, I never know him, but I remembered his name is Paul, he did a great job. All questions I asked these 3 leaders did not show any proof documents, everything they said are lies. All questions Human Rights asked me, I answered with proof, but I     realizes the Human Rights didn't asked them any questions like she asked me; I asked  Human Rights for permission  questions for Ms. Cody, and Human Rights answered "Yes" ask me question, I return to her; One of questions was: Two (2) weeks later when I started this job later, I went to the Human Resources Ms. Cody's office, I gave her my all my certificates, she throw way the papers front of me, but I didn't say  nothing to her, and when came to my work place, I did not explain nothing to my coworkers, even my executive Chef Ryan, I went back to my work like nothing happen to me, and Human Rights return this question for Ms. Cory Young: did you do that ? Why? She answered "the company policy doesn't   allow me to do that" and Human Rights asked to see the policy, she did not show any policy, and I replayed to her "the company policy allow you to take food manager certificate for white people, but the company policy don't allow you to take the food manager certificate  for the black people" ? , I have more question, but Human Rights Specialist I Jean MacAffer stand up and, and stopped suddenly the conference and said "Philippe you know, we spent 3 hours and I have to end the conference for today and  keep all questions you have for the next hearing; I asked when ? She said, I don't know yet, but she reassures me, you will get schedule from mail; also the Human Rights told the respondent to bring all proof documents include these people: Mr. Ryan Poole, Mr. Carlos Desousa, Mr. Kit Burrito and Ms. Nancy Huggins. For this point the first hearing was end on December 23, 2015 at 2:00 pm.

 January 08, 2016, I got mail from State Division of Human Rights. When I read, I don't   understand nothing, I reading many times, everything looks for me like dream, and I was very surprised and confused for this terrible situation, my rights was turn down.                    I need transparency I need legal rights. Now I understand why Human Rights Specialist I, Ms. Jean MacAffer refused to allow my friend and witness to join the hearing.

I strongly disagree for this decision from Regional Director Mr. Victor P. DeAmelia. I need rights justice; I strongly disagree with Human Rights Specialist I Ms. MacAffer did wrong judgment against me. My question is "why the Human Rights Specialist I, took everybody together first to her office, but when the conference was end, she took only me to the front desk to go home but the Respondent still there? "

I started this job with my coworkers the same month of February, 2014 I have paid less than my coworkers. We started together the same uniform; two weeks later my coworkers were changed but mine was changed several months later. We do the same Job, but I have more qualification in food management with valid Food Manager license # FM24121 from Health Department, and I'm highest level than my coworkers but I was paid $11.25/h but my coworkers where paid $ 15.00/h, but any of them don't have any qualification in food management or HACCP food safety certificate, even the test we took together, I am only person who got 100/100 of score in Food Safety, Sanitation & OSHA – Hazard trained.

My regular schedule is 35 hours a week but my paystub doesn't show all 35 hours every week supposed to be. for the annually vacation, my coworkers got five days plus birth day pay; but mine is 4 days, I don't understand nothing, my coworkers asked me to talk to chef Ryan, he asked me to talk to Human Resources, I explained to my chef, Human Resources don't like me, he send me to check with Restaurant Manager I, Mr. Keith, finally Manager Keith took my paystub, and after reading, he talked with Human Recourses on the phone Cody, Mr. Keith recommend me to see Human Resources office but I never get a satisfaction with her.

February 21, 2015, I found a new opening in the company website who matched with my qualifications, this opening for employees for the company only can apply.

February 24, 2015, I wrote a letter to Price Chopper Office, Golub Corporation with object: I'm seeking increased position and responsibility commensurate with my qualifications.

March 20, 2015, I was fired Mr. Jeff Mozzacco who supervised another area and never supervised or controlled nothing in my work area (Chef's Grill) during my thirteen (13) months have fired me, also he don't have any certificate for food manager or HACCP food safety; he fired me illegally and no legal reason because I am Black Man. I am only Black in this job who certified Professional Food Manager & HACCP food safety Specialist with valid Food Manager License # FM24121 from Department of Health.

Everything I'm saying in this letter is thru, I swear I'm telling the thru. I hope the phone conference with French translator on December 23, 2015 was recorded but the case was closed illegally by Human Rights. Please I like the case to be reopening.

Sincerely yours

Philippe Atson

## NOTARIZATION OF THE COMPLAINT

Based on the information contained in this form, I charge the above-named Respondent with an unlawful discriminatory practice, in violation of the New York State Human Rights Law.

By filing this complaint, I understand that I am also filing my employment complaint with the United States Equal Employment Opportunity Commission under the Americans With Disabilities Act (covers disability related to employment), Title VII of the Civil Rights Act of 1964, as amended (covers race, color, religion, national origin, sex relating to employment), and/or the Age Discrimination in Employment Act, as amended (covers ages 40 years of age or older in employment), or filing my housing/credit complaint with HUD under Title VIII of the Federal Fair Housing Act, as amended (covers acts of discrimination in housing),as applicable. This complaint will protect your rights under Federal Law.

I hereby authorize the New York State Division of Human Rights to accept this complaint on behalf of the U.S. Equal Employment Opportunity Commission, subject to the statutory limitations contained in the aforementioned law and/or to accept this complaint on behalf of the U.S. Department of Housing and Urban Development for review and additional filing by them, subject to the statutory limitations contained the in aforementioned law.

I have not filed any other civil action, nor do I have an action pending before any administrative agency, under any state or local law, based upon this same unlawful discriminatory practice.

I swear under penalty of perjury that I am the complainant herein; that I have read (or have had read to me) the foregoing complaint and know the contents of this complaint; and that the foregoing is true and correct, based on my current knowledge, information, and belief.

Sign your full legal name

DALE M. WILLIAMS
Notary Public, State of New York
No. 01WI6036749
Qualified in Schenectady County
Commission Expires Feb. 07, 20___

Subscribed and sworn before me
This 13 day of July 2015

Signature of Notary Public

County:  Renss.

Commission expires: 2/7/2018

*Please note: Once this form is notarized and returned to the Division, it becomes a legal document and an official complaint with the Division of Human rights. After the Division accepts your complaint, this form will be sent to the company or person(s) whom you are accusing of discrimination.*

9

```
Name: P K ATSON-TSEVI          Base Week From: 03-31-14  To: 04-06-14 Good      412.41   Earn / Taken
SSNO: XXX-XX-6266              Pay Period     15                    Net Pay:     322.88  Vac   0.00 / 0.00
Clock #: 481747                                           Hrly Base Rate:  11.2500
Location: 138-07 (NY)         Filing Status: Fed S-00  State S-01
Job Title: FOOD SERV TEAM PT       Extra:      0.00       0.00    Check #:  000398459
Job Code: S234               Review Date:   00-00-00
Unique ID#: 0001515376       Hire Date:     02-05-14
```

| TYPE | REG HRS | OT HRS | RATE | GROSS | | THIS WEEK | YTD |
|------|---------|--------|------|-------|---|-----------|-----|
| Regular | 35.00 | 0.75 | 11.2500 | 406.41 | Gross | 412.41 | 2,699. |
| Sunday Premium | 6.00 | | 1.0000 | 6.00 | Pre-Tax Benefits | 0.60 | 3.0 |
| This week totals | 35.00 | 0.75 | | 412.41 | Fed Taxable Gross | 411.81 | 2,696. |
| Totals YTD | 235.75 | | | | Federal | 46.57 | 287.5 |
| This Yr Avg Hrs | 26.19 | | | | FICA | 31.50 | 206.2 |
| Last Yr Avg Hrs | | | | | State | 10.86 | 61.5 |
| 2015 Hlth Avg Hrs | 26.19 | | | | | | |

| BENEFIT DEDUCTIONS | THIS WEEK | YTD | OTHER DEDUCTIONS | THIS WEEK | YTD |
|--------------------|-----------|-----|------------------|-----------|-----|
| Short Term Disability | 0.60- | 3.00- | | | |
| Pre-Tax Benefits | 0.60- | 3.00- | | | |

For employment and wage verifications for loans, mortgages, etc, go to www.cccverify.com
Sign up for Direct Deposit, make corrections to your address, phone number and more on PCDC (Price Chopper Direct Connect).



Golub Corporation/Price Chopper Supermarkets   461 Nott St.   Schenectady,   NY   12308   518-355-5000